IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

DEBBY L. OTTE,

    Plaintiff,

v.

    Civ. Act. No. CCB-00-CV910

BAXTER HEALTHCARE CORPORATION,
et al.,

    Defendants.

APR 18 2000

## STIPULATION EXTENDING TIME FOR DEFENDANTS BAXTER HEALTHCARE CORPORATION AND ALLEGIANCE HEALTHCARE CORPORATION TO FILE RESPONSIVE PLEADINGS

It is hereby stipulated and agreed by and between Plaintiff and Defendants Baxter Healthcare Corporation and Allegiance Healthcare Corporation that the time for defendants to answer or otherwise responsively plead to plaintiff's Complaint will be extended until such time as this case is transferred to the Eastern District of Pennsylvania as part of MDL 1148, *In Re Latex Gloves Product Liability Litigation*. At such time, defendants will answer or otherwise responsively plead in accordance with the procedures and deadlines established by the MDL Court. No prior extension of time has been granted.

_____
A. Tony Heper, Esq.
HEPER & LEROS
531 Eastern Avenue
Baltimore, Maryland 21224

Attorney for Plaintiff

_____
Elizabeth C. Honeywell, Esq.
VENABLE, BAETJER & HOWARD LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201

Approved
CCBlake
USDJ 4-18-2000

Jason C. Buckel, Esq.
McGuire, Woods, Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4040

Attorneys for Defendants
Baxter Healthcare Corporation and
Allegiance Healthcare Corporation

2