IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBIE OTTE,<br><br>    Plaintiff<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, ET. AL.,<br><br>    Defendants. | Civil Action No.<br>WMN-00-CV-910 |

## SUBSTITUTION OF COUNSEL

Pursuant to Maryland Local Rule 102(2)(b), Defendants Allegiance Healthcare Corporation and Baxter Healthcare Corporation through undersigned counsel hereby enter the appearances of Bruce R. Parker and Michele R. Kendus and withdraw the appearances of Elizabeth C. Honeywell, Deborah M. Russell and Jason C. Buckel.

　　　　　/s/  Bruce R. Parker
Bruce R. Parker
Federal Bar No. 00028
Michele R. Kendus
Federal Bar No. 26586
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201-2978
(410) 244-7400

Attorneys for Defendants
Allegiance Healthcare Corporation and
Baxter Healthcare Corporation

212335

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2003, a copy of the foregoing notice of Substitution of Counsel was sent via electronic filing as per notification to be received from the United States District Court for the District of Maryland Northern Division.

      /s/ Michele R. Kendus
Michele R. Kendus

212335