IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBY L. OTTE, | |
|     Plaintiff, | |
| v. | Civil Action No. 00 CV 910 |
| BAXTER HEALTHCARE CORPORATION, ET AL., | |
|     Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Bruce R. Parker, a partner in the law firm of Venable, Baetjer and Howard, LLP, and counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation, the defendants in the above referenced proceeding, respectfully requests that this Court enter an order permitting Michael J. Philippi of the law firm of Ungaretti & Harris to appear pro hac vice before this Court. In support of this Motion, undersigned counsel respectfully state as follows:

    1.    Venable, Baetjer and Howard, LLP is counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation in this proceeding.

    2.    Mr. Philippi is an attorney at law admitted to practice in the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, the United States Courts of Appeals for the Fourth, Fifth, Sixth, Seventh and Federal Circuits, and the United States Supreme Court. Mr. Philippi is in good standing in all courts in which he has been admitted. Mr. Philippi is an attorney with the law firm of Ungaretti & Harris, 3500 Three First National Plaza, Chicago, Illinois, 60602.

573243

3.  Mr. Philippi has not been admitted pro hac vice in this Court during the 12 months immediately preceding the filing of this Motion. Mr. Philippi has never been disbarred, suspended, or denied admission to practice in any court.

4.  Mr. Philippi is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.  Co-counsel for Mr. Philippi in this proceeding will be the undersigned who has been formally admitted to the bar of this Court.

6.  It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

WHEREFORE, Allegiance Healthcare Corporation, Baxter Healthcare Corporation and Mr. Parker respectfully request that this Court enter an Order admitting Michael J. Philippi pro hac vice to appear before this Court in the above-captioned case on behalf of Allegiance Healthcare Corporation and Baxter Healthcare Corporation.

573243-1

Dated: Baltimore, Maryland
April 15th, 2003

Respectfully submitted,

MOVANT

*/s/ Michele Kendus*
Bruce R. Parker
Federal Bar No. 00028
Michele R. Kendus
Federal Bar No. 26586
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
410-244-7400
410-244-7742 (fax)

PROPOSED ADMITTEE

*/s/ Michael J. Philippi*
Michael J. Philippi
Ungaretti & Harris
3500 Three First National Plaza
Chicago, Illinois 60602
312-977-4400
312-977-4405 (fax)

573243-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2003, a copy of the foregoing Motion for Admission Pro Hac Vice and proposed Order for Admission Pro Hac Vice, were sent via electronic filing as per notification to be received from the United States District Court for the District of Maryland Northern Division.

*[signature]*
Michele R. Kendus

573243-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBY L. OTTE,<br><br>   Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, ET AL.,<br><br>   Defendants. | Civil Action No.<br>00 CV 910 |

## ORDER FOR ADMISSION PRO HAC VICE

Bruce R. Parker, a partner in the law firm of Venable, Baetjer and Howard, LLP, and counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation, the defendants in the above referenced proceeding, having filed a Motion requesting that this Court enter an Order permitting Michael J. Philippi of the law firm of Ungaretti & Harris to appear pro hac vice before this Court. The Motion having been considered by this Court,

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

This _____ day of _____, 2003.


                                                   _____
                                                   J. Catherine C. Blake
                                                   United States District Judge

573243