IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBY L. OTTE, | |
| Plaintiff, | |
| v. | Civil Action No.<br>00 CV 910 |
| BAXTER HEALTHCARE CORPORATION, ET AL., | |
| Defendants. | |

### ORDER FOR ADMISSION PRO HAC VICE

Bruce R. Parker, a partner in the law firm of Venable, Baetjer and Howard, LLP, and counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation, the defendants in the above referenced proceeding, having filed a Motion requesting that this Court enter an Order permitting Kathleen Holper Champagne of the law firm of Ungaretti & Harris to appear pro hac vice before this Court. The Motion having been considered by this Court,

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

This 28th day of April, 2003.

Felicia C. Cannon
Clerk, United States District Court

By: Catherine M. R. Scaffidi