IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBY L. OTTE, <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. <br> *CCB* 00 CV 910 |

## ORDER FOR ADMISSION PRO HAC VICE

Bruce R. Parker, a partner in the law firm of Venable, Baetjer and Howard, LLP, and counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation, the defendants in the above referenced proceeding, having filed a Motion requesting that this Court enter an Order permitting Stacey Feeley Cavanagh of the law firm of Ungaretti & Harris to appear <u>pro hac vice</u> before this Court. The Motion having been considered by this Court,

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

This 28th day of April, 2003.

Felicia C. Cannon
_____
Clerk, United States District Court

By: Catherine M. R. Scaffidi

573250-1