**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

**DEBBY L. OTTE,**

    Plaintiff,

**v.**

                                  **Civil Action No.**

**BAXTER HEALTHCARE CORPORATION,**   *CCB*  **00 CV 910**
**ET AL.,**

    Defendants.

---

## ORDER FOR ADMISSION PRO HAC VICE

       Bruce R. Parker, a partner in the law firm of Venable, Baetjer and Howard, LLP, and counsel for Allegiance Healthcare Corporation and Baxter Healthcare Corporation, the defendants in the above referenced proceeding, having filed a Motion requesting that this Court enter an Order permitting Michael J. Philippi of the law firm of Ungaretti & Harris to appear pro hac vice before this Court. The Motion having been considered by this Court,

       IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

    This _28th_ day of _April_____, 2003.

                           **Felicia C. Cannon**

                           **Clerk, United States District Court**

573243