**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

May 7, 2003

MEMO TO COUNSEL RE: <u>Debby L. Otte v. Baxter Healthcare Corp., et al.</u>
<u>Civil No. CCB-00-910</u>

Dear Counsel:

Please provide the court with a status report in this case by **May 28, 2003**.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge