KATHLEEN HOLPER CHAMPAGNE
312.977.4158
KCHAMPAGNE@UHLAW.COM

June 25, 2003

**VIA ELECTRONIC MAIL**

The Honorable Catherine C. Blake
United States District Court
District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Otte v. Baxter Healthcare Corporation, et al.,
              Civil No. CCB-00-910

Dear Judge Blake:

Counsel for Defendants learned yesterday of this Court's May 7, 2003 request for a status report by May 28, 2003 regarding the above-referenced case. Counsel apologizes for the delay in responding to this request. The parties will be meeting for a deposition in this case on Thursday, June 26, 2003 and will finalize a joint status report at that time for filing on Friday, June 27, 2003.

Please call me if you have any questions.

Very truly yours,

_____/s/_____        _____/s/_____
Kathleen Holper Champagne                                Michele R. Kendus
(signed by Michele R. Kendus with
permission of Kathleen Holper Champagne

Counsel for Defendants Baxter Healthcare Corporation
and Allegiance Healthcare Corporation

cc:    Counsel of Record

584838