IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DEBBY L. OTTE,<br><br>     Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, ET AL.,<br><br>     Defendants. | Civil No. CCB-00-910 |

## JOINT STATUS REPORT

Defendants Baxter Healthcare Corporation and Allegiance Healthcare Corporation and Plaintiff Debby L. Otte hereby submit their Joint Status Report in response to this Court's May 7, 2003 Correspondence.

    A.    <u>Status of Pleadings</u>:  Defendants filed Answers to Plaintiff's Complaint on June 22, 2000.

    B.    <u>MDL Proceedings:</u>  This case was transferred to the United States District Court for the Eastern District of Pennsylvania for consolidation in the Multidistrict Litigation MDL 1148.  On March 13, 2003, this case was remanded back to this Court.

    C.    <u>Admission/Appearance of Counsel:</u>  On April 28, 2003, Michael J. Philippi, Stacey Feeley Cavanagh and Kathleen Holper Champagne of Ungaretti & Harris were admitted to appear Pro Hac Vice on behalf of Defendants.  Michele R. Kendus of Venable Baetjer and Howard, L.L.P. has appeared as local counsel.

    D.    <u>Status of Discovery</u>:  The parties have produced product identification and merits discovery.  Defense counsel took a portion of Plaintiff's deposition in February 2003.  The remainder of Plaintiff's deposition was scheduled for June 25, 2003 but was rescheduled in light of Plaintiff's inability to attend.  On June 26, 2003, Defense counsel took the deposition of one of Plaintiff's treating physicians.  Defense counsel and Plaintiff's counsel are in the process of

584944

rescheduling the remainder of Plaintiff's deposition as well as the depositions of three of Plaintiff's other treating physicians.

  E. <u>Settlement Discussions:</u> The parties have had settlement discussions but have not reached any agreement.

Dated: June 26, 2003

| /s/ | /s/ |
|---|---|
| A. Tony Heper | Michele R. Kendus |
| Federal Bar No. 10175 | Federal Bar No. 26586 |
| Law Offices of A. Tony Heper | Venable, Baetjer and Howard, LLP |
| 5301 Eastern Ave. | 1800 Mercantile Bank & Trust Building |
| Baltimore, Maryland 21224 | 2 Hopkins Plaza |
| 410-633-8300 | Baltimore, Maryland 21201 |
| 410-633-6347 (fax) | 410-244-7400 |
|  | 410-244-7742 (fax) |
|  |  |
|  | Michael J. Philippi |
|  | Stacey Feeley Cavanagh |
|  | Kathleen Holper Champagne |
|  | Ungaretti & Harris |
|  | 3500 Three First National Plaza |
|  | Chicago, Illinois 60602 |
|  | 312-977-4400 |
|  | 312-977-4405 (fax) |
| Counsel for Plaintiff Debby L. Otte | Counsel for Defendants Baxter Healthcare Corporation and Allegiance Healthcare Corporation |

584944