**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

July 2, 2003

A. Tony Heper, Esquire
5301 Eastern Avenue
Baltimore, MD 21224

Michele R. Kendus, Esquire
Venable, Baetjer & Howard LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

Michael J . Philippi, Esquire
Kathleen H. Champagne, Esquire
Stacey Feeley Cavanagh, Esquire
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

   Re: <u>Debby L. Otte v. Baxter Healthcare Corporation, et al.</u>
      <u>Civil No. CCB-00-910</u>

Dear Counsel:

  Thank you for your status report of June 26, 2003.  I would like to establish a schedule for the completion of discovery, filing of any dispositive motions, and trial in this case.  Please file your joint or, if agreement cannot be reached, separate proposals no later than **July 18, 2003**.  Also, please let me know if a settlement conference before a U.S. Magistrate Judge would be helpful.

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                Sincerely yours,

                   /s/

                                            Catherine C. Blake
                                            United States District Judge